NAME: Ramiro M Barza

PRISON IDENTIFICATION/BOOKING NO.: F04325

ADDRESS OR PLACE OF CONFINEMENT: San Diego

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
E-filing  JUL - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FULL NAME (Include name under which you were convicted)
                                                    Petitioner,

CASE NUMBER:
CV F6267 0731-9
To be supplied by the Clerk of the United States District Court

CV 08   3284  JSW   (PR)

v.

☐ _____ AMENDED

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER
                                                    Respondent.

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

**INSTRUCTIONS - PLEASE READ CAREFULLY**

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6. When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   312 North Spring Street
   Los Angeles, California 90012

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)
CV-69 (04/05)                                                                                       Page 1 of 10

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention _San Diego - got Bust at Fresno_
   b. Place of conviction and sentence _13 years_

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (include all counts): _187-245A Attempt murder fist fight 245 187 Attempt murder_
   b. Penal or other code section or sections: _187, 245_

   c. Case number: _F026703731-9_
   d. Date of conviction: _2002 Fe B14_
   e. Date of sentence: _13 years I was given Last case at Fresno_
   f. Length of sentence on each count: _13 year Last case at Fresno CA Jail Court House_
   g. Plea (*check one*):
      ☑ Not guilty
      ☐ Guilty
      ☐ Nolo contendere
   h. Kind of trial (*check one*):
      ☐ Jury
      ☑ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?    ☐ Yes ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: _F026 70731-9_
   b. Grounds raised (*list each*):
      (1) _____

(2) Will I was at a program got
(3) Bust for a fight Fist Fight
(4) Judge gave me 13 years at
(5) Fresno Said I Broke Probation
(6) gave me LIO time will my word

c. Date of decision: Over this person person
d. Result: was Not at court Judge Still took me to court gave me 13 years.

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☐ Yes ☐ No

If so give the following information (and attach copies of the Petition for Review and the Supreme Court ruling if available):

a. Case number: F026707 31-9
b. Grounds raised (list each):
(1) I had attempt murder court
(2) gave me 1 year program 5 years
(3) probation 13 year LID So Now
(4) when I was at program I
(5) got into a fight Self defense
(6) fight a guy hit me I hit Back

c. Date of decision: for Self defense Self defense
d. Result: fight we were Both in program, I would like time Served or Less time

5. If you did not appeal:
a. State your reasons: if I get more time drop case my right not to Appeal I want to go ahead do my Appeal.

b. Did you seek permission to file a late appeal? ☐ Yes ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
☐ Yes ☐ No I want to do Appeal
If so, give the following information for each such petition (use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available):

a. (1) Name of court: _____
   (2) Case number: _____
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____
   (4) Grounds raised (list each):
      (a) So I want Less time or time
      (b) Served or another program
      (c) cause this guy hit me first
      (d) Self defense fight
      (e) _____
      (f) So I was at a program
   (5) Date of decision: got into a fight with a
   (6) Result  person sent by count
   So I got 13 year's at Fresno, CA Jail
   (7) Was an evidentiary hearing held?    ☐ Yes   ☐ No

b. (1) Name of court: Also San Fransico you
   (2) Case number: guy's told me No
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____
   (4) Grounds raised (list each):
      (a) I guy's Said for Fresno
      (b) to do my case will Fresno
      (c) told me No 20 times
      (d) I Need you to do Appeal
      (e) _____
      (f) _____
   (5) Date of decision: _____
   (6) Result _____
   
   (7) Was an evidentiary hearing held?    ☐ Yes   ☐ No

c. (1) Name of court: _____
   (2) Case number: _____
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____
   (4) Grounds raised (list each):
      (a) _____
      (b) _____

  (c) _____
  (d) _____
  (e) _____
  (f) _____
 (5) Date of decision: _____
 (6) Result _____
 _____

 (7) Was an evidentiary hearing held?  ☐ Yes ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the facts supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

 **CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present all of your grounds to the California Supreme Court.

 a. Ground one: _____
 _____

 (1) Supporting FACTS: _____
 _____
 _____
 _____
 _____

 (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
 (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
 (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

 b. Ground two: _____
 _____

 (1) Supporting FACTS: _____
 _____
 _____
 _____

 (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
 (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No

    (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

 c. Ground three: _____

   (1) Supporting FACTS: _____

_____

_____

_____

_____

   (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
   (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
   (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

 d. Ground four: _____

   (1) Supporting FACTS: _____

_____

_____

_____

_____

   (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
   (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
   (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

 e. Ground five: _____

   (1) Supporting FACTS: _____

_____

_____

_____

_____

   (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
   (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
   (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____
_____
_____

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
   ☐ Yes   ☐ No
   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:
   a. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
          (a) _____
          (b) _____
          (c) _____
          (d) _____
          (e) _____
          (f) _____
      (5) Date of decision: _____
      (6) Result _____

      (7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

   b. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
          (a) _____
          (b) _____
          (c) _____
          (d) _____
          (e) _____
          (f) _____
      (5) Date of decision: _____
      (6) Result _____

(7) Was an evidentiary hearing held?    ☐ Yes    ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?    ☐ Yes    ☐ No

    If so, give the following information *(and attach a copy of the petition if available)*:

    (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____
        (b) _____
        (c) _____
        (d) _____
        (e) _____
        (f) _____

11. Are you presently represented by counsel?    ☐ Yes    ☐ No

    If so, provide name, address and telephone number: _____

    _____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____    _____
                *Date*                                    *Signature of Petitioner*